**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ABEL J.,

                Plaintiff,                22 **CIVIL** 6311 (OTW)

     -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 22, 2024, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Commissioner's Motion for Judgment on the Pleadings is DENIED. This case is REMANDED for further proceedings consistent with the Opinion and Order.

**Dated:**  New York, New York
         March 22, 2024

                                               **RUBY J. KRAJICK**
                                                **Clerk of Court**

                             **BY:**     *K. Mango*

                                                  **Deputy Clerk**